AO 245E    (Rev. 12/11) Judgment in a Criminal Case for Organizational Defendants
           Sheet 1

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
2016 MAY 20 PM 2: 44
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
7h    DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>PASHA INTERNATIONAL (4),<br>aka Pasha Tak,<br>aka Surnvx | **JUDGMENT IN A CRIMINAL CASE**<br>(For Organizational Defendants)<br>CASE NUMBER: 14CR0240-JLS<br><br>JAMES VINCENT HAIRGROVE<br>Defendant Organization's Attorney |

☐

**THE DEFENDANT ORGANIZATION:**

☒ pleaded guilty to count(s)  1 of the Superseding Information

☐ was found guilty on count(s) _____
   after a plea of not guilty.
   Accordingly, the defendant organization is adjudged guilty of such count(s), which involve the following offense(s):

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 50 U.S.C. §§1702 and 1705;<br>31 C.F.R., Part 560; 18<br>U.S.C. §981(a)(1)(c), and 28<br>U.S.C. §2461(c) | Conspiracy to export to embargoed country | 1 |

The defendant organization is sentenced as provided in pages 2 through  3  of this judgment.
The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant organization has been found not guilty on count(s) _____
☒ Count(s)  1 of the Indictment                is ☒  are ☐  dismissed on the motion of the United States.
☒ Assessment: $400.00 imposed

☐ Fine ordered waived        ☒ Forfeiture pursuant to order filed  May 13, 2016 , included herein.

IT IS ORDERED that the defendant organization shall notify the United States Attorney for this district within 30 days of any change of name, principal business address, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant organization shall notify the court and United States Attorney of any material change in the organization's economic circumstances.

May 13, 2016
Date of Imposition of Sentence

*(signature)*
HON. JANIS L. SAMMARTINO
UNITED STATES DISTRICT JUDGE

14CR0240-JLS

Judgment—Page 2 of 3

DEFENDANT ORGANIZATION: PASHA INTERNATIONAL (4),
CASE NUMBER: 14CR0240-JLS

## PROBATION

The defendant organization is hereby sentenced to probation for a term of:

Three (3) years

## MANDATORY CONDITION

[x] The defendant organization shall not commit another federal, state or local crime.

[x] If this judgment imposes a fine or a restitution obligation, it shall be a condition of probation that the defendant organization pay any such fine or restitution.

Pay a fine in the amount of $10,000 through the Clerk, U.S. District Court. Payment of fine shall be forthwith.

Until fine has been paid, the defendant organization shall notify the Clerk of the Court and the United States Attorney's Office of any change in the defendant's mailing or residence address, no later than thirty (30) days after the change occurs.

[x] The defendant organization shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant organization shall also comply with the additional conditions on the attached page.

### STANDARD CONDITIONS OF SUPERVISION

1) within thirty days from the date of this judgment, the defendant organization shall designate an official of the organization to act as the organizations's representative and to be the primary contact with the probation officer;

2) the defendant organization shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

3) the defendant organization shall notify the probation officer ten days prior to any change in principal business or mailing address;

4) the defendant organization shall permit a probation officer to visit the organization at any of its operating business sites;

5) the defendant organization shall notify the probation officer within seventy-two hours of any criminal prosecution, major civil litigation, or administrative proceeding against the organization;

6) the defendant organization shall not dissolve, change its name, or change the name under which it does business unless this judgment and all criminal monetary penalties imposed by this court are either fully satisfied or are equally enforceable against the defendant's successors or assignees;

7) the defendant organization shall not waste, nor without permission of the probation officer, sell, assign, or transfer its assets.

Judgment—Page 3 of 3

DEFENDANT ORGANIZATION: PASHA INTERNATIONAL (4),
CASE NUMBER: 14CR0240-JLS

# SPECIAL CONDITIONS OF SUPERVISION

1. Submit corporate records and premises to a search, conducted by a United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; the defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.